| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 176497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br>CASE NUMBER 2:10-bk-52473-AA |
|---|---|
| In re<br><br>Benjamin Casas<br>Elvira Casas<br><br><br>Debtor(s). | DECLARATION SETTING FORTH<br>POSTPETITION, PRECONFIRMATION<br>DEED OF TRUST PAYMENTS<br><br>LOCAL BANKRUPTCY<br>RULE 3015-1(m) |

I, Benjamin Casas & Elvira Casas *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/04/2010.

2. I am the owner of real property[1] at the following street address:

   2165 Larchmont Street,

   Pomona CA 91767     (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Chase Home Finance.

   b. Second deed of trust in favor of American General Finance *(if applicable)*.

   c. Third deed of trust in favor of ___ *(if applicable)*.

*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009     F 3015-1.4
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com     Best Case Bankruptcy

Declaration Setting Forth Postconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 2 of 3

F 3015-1.4

| In re | CHAPTER 13 |
|---|---|
| Benjamin Casas<br>Elvira Casas<br>Debtor(s). | CASE NUMBER 2:10-bk-52473-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
| Chase Home Finance | $1,548.00 | 1-15th November 2010 | 11/23/2010 |
| Creditor | | | |
| Creditor | | | |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

*Declaration Setting Forth Postpetition, Preconfirmation Deed of Trust Payments*
*Local Bankruptcy Rule 3015-1(m) - Page 3 of 3*

F 3015-1.4

| In re Benjamin Casas<br>Elvira Casas<br><br>Debtor(s), | CHAPTER 13<br>CASE NUMBER 2:10-bk-52473-AA |
|---|---|

6. Attached to this declaration are copies of the:

   ☒ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☐ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date  November 23, 2010         Signature  /s/ Benjamin Casas
                                           Benjamin Casas
                                           Debtor

Date  November 23, 2010         Signature  /s/ Elvira Casas
                                           Elvira Casas
                                           Joint Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

**CHASE**

Keep this receipt as a record of your purchase.

FOR YOUR PROTECTION SAVE THIS COPY
**CASHIER'S CHECK**

Customer Copy
1084706802
11/12/2010

California

Remitter BENJAMIN CASAS

Pay To The Order Of    CHASE

$ **********1,548.00 ***

Drawer: JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION.
PLEASE CONTACT CHASE TO REPORT A LOSS OR FOR ANY OTHER INFORMATION ABOUT THIS ITEM.

---

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK    CASHIER'S CHECK    HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK

**CHASE**

1084706802  91-2/1221
Date    11/12/2010

LOAN # ****1742

Remitter BENJAMIN CASAS

Pay:    ONE THOUSAND FIVE HUNDRED FORTY EIGHT DOLLARS AND 00 CENTS

$ **********1,548.00 ***

Pay To The Order Of    CHASE

CH13 2:10-BK-52473 AA

Drawer: JPMORGAN CHASE BANK, N.A.
*Michael Andrews*
Senior Vice President
JPMorgan Chase Bank, N.A.
Phoenix, AZ

⑈1084706802⑈ ⑆122100024⑆ 806002234⑈

By MAIL

Chase Home Finance
PO Box 24696
Columbus, OH 43224

Benjamin Casas
2165 Landmont St.
Pomona, CA 91767