L. Bishop Austin, Esq. (SBN 175497)
L. BISHOP AUSTIN & ASSOCIATES
3250 Wilshire Blvd., Ste 1500
Los Angeles, CA 90010
Tel: (213)388-4939  Fax (213)388-2411
Email: lbishopbk@yahoo.com
Attorney for Debtor(s)

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

In Re:

Benjamin Casas
Elvira Casas
                    Debtor(s)

CHAPTER 13
CASE NO: 2:10-bk-52473AA

DECLARATION OF DEBTOR RE: CHAPTER 13 TRUSTEE PAYMENTS [NO HEARING REQUIRED]

I, Benjamin Casas and Elvira Casas, am the debtor in this case, and the statements made herein are true and of my own knowledge and if called upon and sworn, I could and would testify competently thereto.

On December 3, 2010 I purchased and sent my Chapter 13 Plan Payment $275.00 to my Chapter 13 Trustee KATHY A DOCKERY to the following address: CHAPTER 13 TRUSTEE, PO BOX 691, MEMPHIS, TN 38101-0691. See attached copy of the money order(s). This payment is for the month of December 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 16, 2010

_____
Benjamin Casas
Debtor

_____
Elvira Muñoz
Joint Debtor

1

CH 13  LA10-52473AA



Plan Payment December 2010