| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin, SBN 175497<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 Wilshire Blvd., Ste 1500<br>Los Angeles, CA 90010<br>T. 213-388-4939<br>F. 213-388-2411<br>E. lbishopbk@yahoo.com<br><br>☑ *Attorney for Debtor(s)*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES **DIVISION**

| In re:<br><br>Benjamin Casas<br>Elvira Casas<br><br><br><br><br>Debtor(s). | CASE NO.: 2:10-BK-52473-aa<br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]**<br><br>DATE: 1/20/11<br>TIME: 09:00 AM<br>COURTROOM: 1375<br>PLACE: 255 E TEMPLE ST<br>LOS ANGELES, CA 90012 |
|---|---|

**NAME OF CREDITOR HOLDING JUNIOR LIEN ("Respondent"):** American General Financial Inc.
American General Financial Services

**A. Property at Issue:** Debtor moves to avoid the junior deed of trust, mortgage or other encumbrance (hereinafter, "Lien") encumbering the following real property (hereinafter, the "Property"), which is the principal residence of debtor(s).

    *Street Address:*     2165 Larchmont
    *Unit Number:*
    *City, State, Zip Code:*     Pomona, CA 91767

Legal description or document recording number (including county of recording):
Lot: 103  Tract No: 17588 City/Muni/Twp: POMONA
☐ See attached page.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010      Page 1      **F 4003-2.4.MOTION**

**B. Case History:**

1. A voluntary petition under Chapter ☐ 7 ☐ 11 ☐ 12 ☑ 13 was filed on: 10/4/10

2. ☐ An Order of Conversion to Chapter 13 was entered on *(specify date)*:

**C. Grounds for Avoidance of Junior Lien:**

1. As of 10/4/10, the Property is subject to the following liens in the amounts specified securing the debt against the Property, which the debtor seeks to have treated as indicated:

   i. Chase Home Finance in the amount of $ 243,464.20.

   ii. American General Financial Services in the amount of $ 17,800.00    ☑ is ☐ is not to be avoided;

   iii. n/a in the amount of $ ___    ☐ is ☐ is not to be avoided;

   ☐ See attached page for additional lien(s).

2. As of 10/4/10, Property is worth no more than $ 170,000.00.

   a. As a result, Respondent's Lien encumbering the Property is wholly unsecured.

3. **Evidence in Support of Motion:**

   a. ☑ The amount of the lien identified in paragraph C(1)(i) is based on Proof of Claim, attached hereto and identified as Exhibit 1.

   b. ☑ The amount of the lien identified in paragraph C(1)(ii) is based on Mortgage statement, attached hereto and identified as Exhibit 2 with Copy of Deed of Trust

   c. ☐ The amount of the lien identified in paragraph C(1)(iii)) is based on ___, attached hereto and identified as Exhibit ___.

   d. ☑ The relative priority of the liens encumbering the Property is established by evidence attached as Exhibit 3, Property transaction history provided from Fidelity National Tile Insurance Co.

   e. ☑ The value of the Property from paragraph C(2) is based on Appraisal Report, attached as Exhibit 4.

   f. ☐ Exhibit ___.

   g. ☑ Debtor submits the attached Declaration(s).

   h. ☐ Other evidence *(specify)*: ___

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010    Page 2    F 4003-2.4.MOTION

4. **WHEREFORE, Debtor prays that this Court issue an Order granting the following relief:**

   a. That the Property is valued at no more than $ 170,000.00               .

   b. That no payments are to be made on the secured claim of the Respondent, and regular mortgage maintenance payments are not to be made, before the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

   c. That the Respondent's claim on the junior position lien shall be allowed as a non-priority general unsecured claim in the amount per the filed Proof of Claim.

   d. That the avoidance of the Respondent's junior lien is contingent upon: The Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

   e. That the Respondent shall retain its lien in the junior position for the full amount due under the corresponding note and lien in the event of either the dismissal of the Debtor's chapter 13 case, the conversion of the Debtor's chapter 13 case to any other chapter under the United States Bankruptcy Code, or if the Property is sold or refinanced prior to the Debtor's ☑ completion of the chapter 13 plan, or ☑ receipt of a chapter 13 discharge.

   f. That in the event that the holder of the first position lien or any senior lien on the Property forecloses on its interest and extinguishes the Respondent's lien rights prior to the Debtor's completion of the chapter 13 plan and receipt of a chapter 13 discharge, the Respondent's lien shall attach to the proceeds greater than necessary to pay the senior lien, if any, from the foreclosure sale.

5. ☐ See attached continuation page for additional provisions.

Dated: 12/15/10

Respectfully submitted,

By: _____
*Signature of Debtor or Attorney for Debtor*

Name: L. Bishop Austin, Esq., Attorney for Debtor
*Type Name of Debtor or Attorney for Debtor*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                      Page 3                                      F 4003-2.4.MOTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3250 Wilshire Blvd., Ste 1500, Los Angeles, CA 90010

A true and correct copy of the foregoing document described as **MOTION TO AVOID JUNIOR LIEN ON PRINCIPAL RESIDENCE [11 U.S.C. § 506(d)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/15/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee Kathy A Dockery efiling@CH13LA.com
Chase Home Finance LLC William Malcolm: bill@mclaw.org

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 12/15/10, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

First: Chase Home Finance, PO BOX 24696, Columbus, OH 43224
Second: America General Finance American General Fianance Inc Attn: President or Director 601 N.W. 2nd St Evansville IN 47708
Second: American General Financial Services, Inc. Agent for Service of Process: CSC Lawyers Incorporating Service, 2730 Gateway Oaks Dr Ste 100, Sacramento, CA 95833

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/15/10 | Moises Lopez | *[signature]* |
|---|---|---|
| Date | Type Name | Signature |

**II. SERVED BY U.S. MAIL, CERTIFIED MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
*(Attached page to Proof of Service-please include any additional or alternative addresses and attach additional pages if needed)*
*(Certified Mail required for service on a national bank.)*

| Name of 1st Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| Chase Home Finance<br>PO BOX 24696<br>Columbus, OH 43224 | ☑ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☑ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking # _____<br>   Carrier Name: _____ |
| **Name of 1st Lien Holder- Agent for Service of Process**<br>Chase Home Finance<br>PO BOX 24696<br>Columbus, OH 43224 | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking # _____<br>   Carrier Name: _____ |
| **Name of 1st Lien Holder – Servicing Agent** | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking # _____<br>   Carrier Name: _____ |

| Name of 2nd Lien Holder & Address | Address from: | Delivery Method |
|---|---|---|
| American General Finance, Inc.<br>American General Financial Services Inc<br>Attn.: President or General Director<br>601 N.W. 2nd Street<br>Evansville, IN 47708 | ☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☑ Certified mail –<br>   Tracking #70090960000097857689<br>☐ Overnight mail –<br>   Tracking # _____<br>   Carrier Name: _____ |
| **Name of 2nd Lien Holder- Agent for Service of Process**<br>C T Corporation System<br>818 W 7th St<br>Los Angeles, CA 90017 | ☐ Proof of claim ☑ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☑ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking # _____<br>   Carrier Name: _____ |
| **Name of 2nd Lien Holder – Servicing Agent**<br>American General Finance<br>American General Financial Services Inc<br>355 E. Foothill Blvd., Ste A<br>Pomona, CA 91676 | ☐ Proof of claim ☐ Secretary of State<br>☐ FDIC website ☐ Other: *specify* | ☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking # _____<br>   Carrier Name: _____ |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2010                                          Page 5                                          F 4003-2.4.MOTION

| Name of 3rd Lien Holder & Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
|---|---|---|
| Name of 3rd Lien Holder- Agent for Service of Process | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
| Name of 3rd Lien Holder – Servicing Agent | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |

| Alternative/Additional Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |
|---|---|---|
| Alternative/Additional Address | Address from:<br>☐ Proof of claim  ☐ Secretary of State<br>☐ FDIC website  ☐ Other: *specify* | Delivery Method<br>☐ US Mail<br>☐ Certified mail –<br>   Tracking # _____<br>☐ Overnight mail –<br>   Tracking #_____<br>   Carrier Name: _____ |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2010                                Page 6                                F 4003-2.4.MOTION