1 | WILLIAM MALCOLM #129271
2 | MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
3 | (949) 252-9400 Telephone
(949) 252-1032 Fax
4
5 | **Attorneys for Secured Creditor,**
**CHASE HOME FINANCE, LLC**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Bankruptcy Case No. 2:10-bk-52473-AA |
| BENJAMIN CASAS, and | Chapter 13 |
| ELVIRA CASAS | **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |
| Debtor. | CONFIRMATION HEARING:<br>DATE:    December 21, 2010<br>TIME:    10:30 AM<br>PLACE:    255 E. Temple St.,<br>            Crtrm 1375 |

**TO THE HONORABLE ALAN M. AHART, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR'S COUNSEL AND THE DEBTOR:**

**PLEASE TAKE NOTICE** that CHASE HOME FINANCE, LLC ("CHASE") hereby withdraws its Objection to Confirmation of Chapter 13 Plan filed on December 07, 2010 in the above-entitled and numbered case as docket entry number 16. The Plan has been amended to provide for CHASE's arrears.

DATED: December 20, 2010         Respectfully Submitted,

            MALCOLM CISNEROS, A Law Corporation


             _/s/William Malcolm_
            WILLIAM MALCOLM
            Attorney for Secured Creditor,
            CHASE HOME FINANCE, LLC

| In re:<br>BENJAMIN CASAS, and ELVIRA CASAS<br><br>Debtor(s). | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-52473-AA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

Malcolm ♦ Cisneros
A Law Corporation
2112 Business Center Drive
Second Floor
Irvine, CA 92612

A true and correct copy of the foregoing document described **WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **December 20, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**CHAPTER 13 TRUSTEE:** Kathy A. Dockery, efiling@CH13LA.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **December 20, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**DEBTORS:** Benjamin and Elvira Casas, 2165 Larchmont Street, Pomona, CA 91767
**DEBTOR'S ATTORNEY:** Leroy Bishop Austin, L. Bishop Austin and Associates, 3250 Wilshire Blvd. Ste 1500, Los Angeles, CA 90010-1502
**JUDGE:** Honorable Alan M. Ahart, 255 East Temple Street, Suite 1382, Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 20, 2010 | JUAN OLVERA | *Juan Olvera* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                              **F 9013-3.1**