# United States Bankruptcy Court
# Central District Of California

255 East Temple Street, Los Angeles, CA 90012

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM CHAPTER 13 CONFIRMATION HEARING

**DEBTOR INFORMATION:**
Benjamin Casas

**BANKRUPTCY NO.** 2:10–bk–52473–AA

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6806
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/21/11

**JOINT DEBTOR INFORMATION:**
Elvira Casas
aka Elvira Munoz, aka Elvira Munoz de Casas

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–0162
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Joint Debtor Dismissal Date:** 1/21/11

**Address:**
2165 Larchmont Street
Pomona, CA 91767

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)   debtor's bankruptcy case is dismissed; and
(2)   the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362.

Dated: January 21, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court